# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0020.  CARROLL v. DAVIS.**

Upon consideration of Appellant's motion for extension of time in which to file an application for discretionary appeal in the above-referenced case, it is hereby ordered that an extension be GRANTED.  Appellant's discretionary application is now due on or before January 11, 2016.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/29/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen  *, Clerk.*